**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-25296-JB/Galler**

ALEXANDER JOSEPH CUELLAR,

Plaintiff,
v.

FRANK J. BISIGNANO,
Commissioner of Social Security,

Defendant.
_________________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

**THIS CAUSE** was referred to the Honorable Brandy Brentari Galler, United States Magistrate Judge, for a Report and Recommendation on all dispositive matters. ECF No. [16]. On August 27, 2026, Magistrate Judge Galler filed a Report and Recommendation ("R&R"), recommending that the Court dismiss the Complaint for lack of jurisdiction and deny all pending motions as moot. ECF No. [21]. Plaintiff filed objections to the R&R ("Plaintiff's Objections"), ECF No. [24], to which Defendant responded, ECF No. [26].

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's

Objections, agrees with Magistrate Judge Galler that the Complaint should be dismissed for lack of jurisdiction, and any pending motions should be denied as moot.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Objections, ECF No. [24], are **OVERRULED**.

2. United States Magistrate Judge Galler's Report and Recommendation, ECF No. [21], is **AFFIRMED AND ADOPTED**.

3. Plaintiff's Complaint, ECF No. [1], is **DISMISSED**.

4. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Miami, Florida, this 22nd day of October, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**